**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                    Criminal No.  05-221-01-B

**Thomas Newton**

**O R D E R**

The defendant has moved to continue the October 3, 2006 trial

in the above case.  Defendant cites the need for additional time

to complete a negotiated disposition in this matter.  The government

Accordingly, in order to allow the parties additional time

to complete a negotiated disposition in this matter, the court

will continue the trial from October 3, 2006 to November 7, 2006.

In agreeing to continue the trial, the court finds pursuant to

18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons,

the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendant in a speedy trial.

The September 27, 2006 final pretrial conference is continued until October 20, 2006 at 9:30 am for the purpose of a plea hearing.

SO ORDERED.


/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

September 26, 2006

cc:   Stephen A. Cherry, Esq.
      Arnold H. Huftalen, Esq.
      United States Probation
      United States Marshal